No. 2246.—F. G. BARRIERE & Co. v. Widow MATHILDE FORTIER.

An agent's authority to sign a promissory note for his principal must be express and special,. and on the trial of the case under the general issue the burden of showing the agent's authority to sign the note falls on the holder.

APPEAL from the Seventh District Court, parish of Orleans. *Col-lens*, J. *A. L. Tissot*, for plaintiffs and appellees. *Trist & Oliver*, for defendant and appellant.

TALIAFERRO, J. The defendant is sued on a promissory note for $592 10, which purports to be signed by an agent acting for the defendant. The defendant pleads the general issue. Judgment was rendered in the court below for the plaintiffs, and the defendant appealed. There is no evidence in the record showing that the person who signed the note was authorized by the defendant to do the act. Under the pleadings it was incumbent upon the plaintiff to make this proof.

It is therefore ordered, adjudged and decreed that the judgment of the district court be annulled, avoided and reversed. It is further ordered that judgment be rendered in favor of the defendant as of nonsuit, the plaintiffs paying costs in both courts.